**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter    7

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | American Theater Company |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | ATC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 36-3385450 |

4. **Debtor's address**

**Principal place of business**

1909 W Byron St
Chicago, IL 60613
Number, Street, City, State & ZIP Code

Cook
County

**Mailing address, if different from principal place of business**

c/o Art Cunningham
1523 N Mohawk #3
Chicago, IL 60610
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)   www.atcweb.org

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    American Theater Company                                                    Case number (*if known*) _____
         Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    7111

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|----------|-----------|------|-----------|-------------|-----------|
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|--------|-----------|---|------------|-----------|
| District | _____ | When | Case number, if known | _____ |

Debtor   American Theater Company

Name                                                                    Case number (*if known*) _____

---

**11. Why is the case filed in** *this district?*

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____
         Contact name        _____
         Phone               _____

---

█ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   American Theater Company
     Name

Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 19, 2018
          MM / DD / YYYY

X /s/ David Katz _____     David Katz _____
Signature of authorized representative of debtor     Printed name

Title    Treasurer _____

---

**18. Signature of attorney**

X /s/ Gordon E. Gouveia _____     Date    March 19, 2018
Signature of attorney for debtor              MM / DD / YYYY

Gordon E. Gouveia 6282986
Printed name

Shaw Fishman Glantz & Towbin LLC
Firm name

321 N. Clark Street
Suite 800
Chicago, IL 60654
Number, Street, City, State & ZIP Code

Contact phone    312-541-0151    Email address _____

6282986 IL
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name ___American Theater Company___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 19, 2018___     **X** /s/ David Katz
_____
Signature of individual signing on behalf of debtor

David Katz
_____
Printed name

Treasurer
_____
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      American Theater Company

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................    $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................    $ _____46,242.33

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................    $ _____46,242.33

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____64,728.42

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $ _____33,715.80

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____92,665.68

4.    Total liabilities ........................................................................................................
    Lines 2 + 3a + 3b                                                                                                    $ _____191,109.90

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | American Theater Company |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Fifth Third Bank | Checking | 9400 | $267.86 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $267.86

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Non refundable deposit with Entertainment Cruises | $1,000.00 |
| 7.2. | Non refundable deposit with Gesture Mobile Bidding | $1,250.00 |
| 7.3. | Lease deposit - Cloon Fad LLC | $3,525.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | American Theater Company | Case number *(If known)* | |
|--------|--------------------------|--------------------------|---|
| | Name | | |

| | | |
|---|---|---|
| 7.4. | Union bond - Actors Equity Association | $3,199.00 |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Peoples Energy | $2,350.00 |

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$11,324.00

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less:     2,800.00     -     0.00     = ....     $2,800.00
     face amount                    doubtful or uncollectible accounts

11b. Over 90 days old:     18,275.00     -     2,075.00     =....     $16,200.00
     face amount                    doubtful or uncollectible accounts

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$19,000.00

### Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    American Theater Company _____    Case number *(If known)* _____
    Name

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office and theater equipment - depreciated value | $9,393.47 | | $9,393.47 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

   | $9,393.47 |
   |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| www.atcweb.org | $0.00 | | $0.00 |

62.    **Licenses, franchises, and royalties**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | American Theater Company | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Potential subsidiary royalties playwrights for The Big Meal | | Unknown | Unknown |
| Potential subsidiary royalties playwrights for The Humans | | Unknown | Unknown |

| 63. | **Customer lists, mailing lists, or other compilations** | | |
|---|---|---|---|
| | Subscriber and Donor lists | $0.00 | $0.00 |

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

| 66. | **Total of Part 10.** | $0.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

| 71. | **Notes receivable** | |
|---|---|---|
| | Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** | |
| | Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| | Insurance policy with National Liability & Fire Insurance | $0.00 |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|---|
| | Potential claims against Stephen Karam, Joey Parnes Productions, Broadway in Chicago related to The Humans publicity obligations. | Unknown |
| | **Nature of claim**  Breach of contract | |
| | **Amount requested**          $0.00 | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    American Theater Company
     Name

Case number *(If known)*

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | gift certificates donated from area restaurants, etc for upcoming Gala | $6,257.00 |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | $6,257.00 |
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor      American Theater Company _____      Case number *(If known)* _____
      Name

**Part 12:**      **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $267.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,324.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $19,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,393.47 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $6,257.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $46,242.33 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92                                        $46,242.33

**Fill in this information to identify the case:**

Debtor name _American Theater Company_

United States Bankruptcy Court for the: _NORTHERN DISTRICT OF ILLINOIS_

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☐ **Yes.** Fill in all of the information below.

**Part 1:**  **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Actors Equity Association**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>union bond | $3,264.87 | $3,199.00 |
| 165 W 46th St. #15<br>New York, NY 10036<br>Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Bridgeview Bank and Trust**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>notice purposes only | $0.00 | $0.00 |
| 7940 S. Harlem Ave<br>Bridgeview, IL 60455<br>Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | American Theater Company | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 | Fifth Third Bank | Describe debtor's property that is subject to a lien | $60,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

all assets

222 S. Riverside Plaza
1MOBB1
Chicago, IL 60606

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ No
■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Peoples Gas | Describe debtor's property that is subject to a lien | $1,463.55 | $2,350.00 |
|---|---|---|---|---|

Creditor's Name

deposit

130 E. Randolph St
Chicago, IL 60601

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $64,728.42

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    American Theater Company
            Name

Case number (if know) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Actors Equity Association<br>557 W Randolph St<br>Chicago, IL 60661 | Line 2.1 | |
| People's Energy<br>PO Box 2968<br>Milwaukee, WI 53201 | Line 2.4 | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___American Theater Company___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Andrew Hildner<br>4700 N Talman Ave #1<br>Chicago, IL 60625 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $119.00 | $119.00 |
| Date or dates debt was incurred<br>2018 | Basis for the claim:<br>wages |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>Daria (Will) Davis<br>1637 W Carmen #1E<br>Chicago, IL 60640 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,556.57 | $12,850.00 |
| Date or dates debt was incurred<br>8/17-3/18 | Basis for the claim:<br>wages and expense reimbursement |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

| Debtor | American Theater Company | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

Emjoy Gavino
5443 N. Artesian Ave. Apt. #1
Chicago, IL 60625

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

Illinois Department Of Emp Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice purposes only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794-9035

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice purposes only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice purposes only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | American Theater Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,676.23 | $12,850.00 |
|---|---|---|---|---|
| | Katherine Klemme | *Check all that apply.* | | |
| | 720 W Gordon Terrace #22F | ☐ Contingent | | |
| | Chicago, IL 60613 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 7/17-3/18 | wages and expense reimbursement |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $264.00 | $264.00 |
|---|---|---|---|---|
| | Yinzhou Chen | *Check all that apply.* | | |
| | 4334 N. Hazel St. 713 | ☐ Contingent | | |
| | Chicago, IL 60613 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 11/17-3/18 | wages |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | AEL Financial LLC | ☐ Contingent | |
| | c/o Ashen Faulkner | ☐ Unliquidated | |
| | 217 N Jefferson St #601 | ☐ Disputed | |
| | Chicago, IL 60661 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** judgment | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $90.00 |
|---|---|---|---|
| | Aimee Patterson | ☐ Contingent | |
| | 9033 30th St. | ☐ Unliquidated | |
| | Brookfield, IL 60513 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2016 | **Basis for the claim:** wages | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|
| | Andi and Alan Berkowitz | ☐ Contingent | |
| | 125 Kenmore Ave | ☐ Unliquidated | |
| | Deerfield, IL 60015 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** theater subscription | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | American Theater Company | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
---|---|---|---

Andrew Wong
3928 N Seeley Ave
Chicago, IL 60618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00
---|---|---|---

Anna Wolfe
4116 N. Sheridan Rd. Apt. #3
Chicago, IL 60613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2017_

Basis for the claim:  wages

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
---|---|---|---

Ariana Silvan-Grau
4743 N Maplewood Ave #3
Chicago, IL 60625

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
---|---|---|---

Art Cunningham
1523 N. Mohawk Street, Unit 3
Chicago, IL 60610

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00
---|---|---|---

Arts Work Fund
PO Box 577309
Chicago, IL 60657

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  grant

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
---|---|---|---

Barbara Geist
415 N Northwest Highway
Park Ridge, IL 60068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
---|---|---|---

Bass Foundation
Robert & Isabelle Bass Foundation
PO Box 81350
Chicago, IL 60681

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  notice purposes only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   American Theater Company
      Name

Case number (if known) _____

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Bernie Heidkamp
4527 N Seeley Ave
Chicago, IL 60625
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | | Unknown
Bonnie Muirhead
5834 S Stony Island Ave Apt 3C
Chicago, IL 60637

**As of the petition filing date, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | | $285.00
BZ Rights & Permissions, Inc.
145 W. 86th Street
New York, NY 10024

**As of the petition filing date, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  royalties

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | | $3,189.29
Capital One Commercial
PO Box 5219
Carol Stream, IL 60197

**As of the petition filing date, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  credit card

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | | Unknown
Cara Beth Heath
1609 W Berteau #3
Chicago, IL 60613

**As of the petition filing date, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | | Unknown
Carl and Rhonda Buss
2711 W. Windsor Ave.
Chicago, IL 60625

**As of the petition filing date, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | | $30.00
Charles Nankivel
1615 W Foster Ave., Apt. 1
Chicago, IL 60640

**As of the petition filing date, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred**  2017

**Last 4 digits of account number** _

Basis for the claim:  wages

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Theater Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Charlotte Toerber
55 W. Delaware Pl #213
Chicago, IL 60610

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _theater subscription_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Clare Salustro
4804 N Hamilton Ave, Apt 2N
Chicago, IL 60625

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _theater subscription_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,250.00

Clerical Guru
350 W Kensington Rd #118
Mount Prospect, IL 60056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _3/18_

**Basis for the claim:** _services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $36,288.00

Cloon Fad LLC
attn: Ray Quinn
3855 N Lincoln Ave
Chicago, IL 60613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _lease_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Colleen Murphy
1415 N Dearborn #17B
Chicago, IL 60610

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _theater subscription_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $915.43

Com Ed
Bankruptcy Section
3 Lincoln Center
Oak Brook Terrace, IL 60181

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018_

**Basis for the claim:** _service_

**Last 4 digits of account number** _7008_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Dale and Lisa Davenport
500 W. Blackhawk St.
Chicago, IL 60610

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _theater subscription_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Theater Company | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
---|---|---|---

Daniel Acosta and Robert Book
2146 W Grace St #2
Chicago, IL 60618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
---|---|---|---

Daniel and Melanie Peterson
1939 Burr Oak Drive West
Glenview, IL 60025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
---|---|---|---

Danny Sama and Sarah Slight
4832 N Clark Street, Unit 120
Chicago, IL 60640

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
---|---|---|---

David Katz and Eileen Katman
2041 W Shakespeare Ave
Chicago, IL 60647

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
---|---|---|---

Deborah Ludwig
623 W. Drummond #11
Chicago, IL 60614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
---|---|---|---

Dede Kokolis
111 E. Chestnut St., #25G
Chicago, IL 60611

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
---|---|---|---

Dennis Tom
3950 N Hoyne Apt 1N
Chicago, IL 60618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    American Theater Company

     Name

Case number *(if known)*

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000.00

Dramitists Play Services
440 Park Ave South
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/18

**Last 4 digits of account number** __

**Basis for the claim:**  play royalties

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Eileen Murphy
841 Junior Terrace
Chicago, IL 60613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Elaine Halama
6800 N Harlem Avenue, Apt 203
Chicago, IL 60631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Elizabeth Ress
2629 N Hampden Ct Apt 416
Chicago, IL 60614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Emily Green
1100 W Roscoe, Apt 4
Chicago, IL 60657

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $400.00

Emily Herrington
2932 N. Milwaukee Ave. #400
Chicago, IL 60618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2016

**Last 4 digits of account number** __

**Basis for the claim:**  wages

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Emily Park Williams
1431 W Carmen Ave., Apt 2B
Chicago, IL 60640

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Theater Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Eric Gray
1801 W Larchmont Ave Apt 602
Chicago, IL 60613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Esther Fishman
934 W Armitage
Chicago, IL 60614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,836.35 |
|---|---|---|---|

Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  5/17-3/18

**Basis for the claim:**  credit card

**Last 4 digits of account number**  8070

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,421.30 |
|---|---|---|---|

Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  7/17-3/18

**Basis for the claim:**  credit card

**Last 4 digits of account number**  3964

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,425.03 |
|---|---|---|---|

Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  9/17-3/18

**Basis for the claim:**  credit card

**Last 4 digits of account number**  9110

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $500.00 |
|---|---|---|---|

Fladeboe Auctions c/o Paula Werner
1358 Bayard Ave
Saint Paul, MN 55116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  cancellation fee

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $512.18 |
|---|---|---|---|

Flood Brothers Disposal
PO Box 4560
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2018

**Basis for the claim:**  service

**Last 4 digits of account number**  7783

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    American Theater Company
_____
          Name                                              Case number (if known) _____

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Fritz and Cathy Freidinger
2322 Larkdale Drive
Glenview, IL 60025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Hank and Joan Bliss
929 W Foster Avenue, Apt 1519
Chicago, IL 60640

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,525.55 |
|---|---|---|---|

Home Depot Credit Card Services
Dept 32-218316362
PO Box 900103
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  7/17-3/18

**Last 4 digits of account number**  6262

**Basis for the claim:**  credit card

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Hope Spruance
3809 N. Hoyne Avenue
Chicago, IL 60618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.00 |
|---|---|---|---|

IATSE National Health and Welfare
216 S Jefferson St #400
Chicago, IL 60661

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  union pension/insurance

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|---|

India Duranthon

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2016

**Last 4 digits of account number** _

**Basis for the claim:**  wages

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

James and Katharine Mann
5838 South Harper Ave
Chicago, IL 60637

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | American Theater Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

James and Mary Jo Nathan
3943 N. Seeley Ave.
Chicago, IL 60618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

James Heneghan
3660 N Lake Shore Drive, Unit 1603
Chicago, IL 60613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

James Ochoa
1917 W Waveland Ave
Chicago, IL 60613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $175.00

Jamie Karas
5941 N Broadway 2N
Chicago, IL 60660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2017

**Basis for the claim:**  wages

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Jane McDonald
409 Ridge Ave
Clarendon Hills, IL 60514

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Janet Gallagher
3831 N Claremont Ave, #2
Chicago, IL 60618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Janet Szlyk and Jeffrey Jackson
1537 W. Altgeld St.
Chicago, IL 60614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Theater Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.60**

**Nonpriority creditor's name and mailing address**
Jean Klingenstein
400 W Ontario St, #1703
Chicago, IL 60654

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.61**

**Nonpriority creditor's name and mailing address**
Jennifer Castellow
2635 N Harding Ave Apt 2F
Chicago, IL 60647

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.62**

**Nonpriority creditor's name and mailing address**
Jeremy Kaplan and David Noskin
144 Wellington Rd
Northbrook, IL 60062

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.63**

**Nonpriority creditor's name and mailing address**
Joan Bransfield
929 W Foster Ave, Apt 2002
Chicago, IL 60640

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.64**

**Nonpriority creditor's name and mailing address**
Joan Friedman
2700 Summit, #310
Glenview, IL 60025

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.65**

**Nonpriority creditor's name and mailing address**
John and Jennifer Bienko
2315 Larkdale Drive
Glenview, IL 60025

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.66**

**Nonpriority creditor's name and mailing address**
John McGloin
3321 W Beach, #2
Chicago, IL 60651

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | American Theater Company | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.67**

Nonpriority creditor's name and mailing address

John Weitzner
1725 W Harrison St, No 838
Chicago, IL 60612

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _theater subscription_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.68**

Nonpriority creditor's name and mailing address

Judy Freeman
3500 North Lake Shore Drive, #11A
Chicago, IL 60657

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _theater subscription_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.69**

Nonpriority creditor's name and mailing address

Kadin McGreevy
1431 W Carmen Ave. Apt. 2B
Chicago, IL 60640

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _theater subscription_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.70**

Nonpriority creditor's name and mailing address

Karen Callaway
3250 N. Lake Shore Drive, #2E
Chicago, IL 60657

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _theater subscription_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.71**

Nonpriority creditor's name and mailing address

Kasey Alfonso
4544 North Western Ave. #2
Chicago, IL 60625

**Date(s) debt was incurred** _2016_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _wages_

Is the claim subject to offset? ■ No ☐ Yes

$26.00

---

**3.72**

Nonpriority creditor's name and mailing address

Konica Minolta Premier Finance
1310 Madrid St #101
Marshall, MN 56258

**Date(s) debt was incurred** _12/17/3/18_

**Last 4 digits of account number** _4823_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _equipment lease_

Is the claim subject to offset? ■ No ☐ Yes

$2,293.11

---

**3.73**

Nonpriority creditor's name and mailing address

Konstanze Hickey
50 E Chestnut St, #3101
Chicago, IL 60611

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _theater subscription_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | American Theater Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.74**

**Nonpriority creditor's name and mailing address**

Kristin Patton and John Coleman
409 Benton Ave.
La Grange, IL 60525

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** theater subscription

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.75**

**Nonpriority creditor's name and mailing address**

Kristof Janezic
1625 W Grace St.
Chicago, IL 60613

**Date(s) debt was incurred** 2016

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** wages

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

**3.76**

**Nonpriority creditor's name and mailing address**

Kyle Gibson
208 N. Oak Park Ave #1HH
Oak Park, IL 60302

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** theater subscription

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.77**

**Nonpriority creditor's name and mailing address**

Larry and Susanne Broutman
233 East Walton Pl.
Chicago, IL 60611

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** theater subscription

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.78**

**Nonpriority creditor's name and mailing address**

Larry Salustro
235 Oak Hammock Ct SW
Vero Beach, FL 32962

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** theater subscription

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.79**

**Nonpriority creditor's name and mailing address**

Lee Keenan
1644 W Edgewater
Chicago, IL 60660

**Date(s) debt was incurred** 2016

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** wages

Is the claim subject to offset? ■ No ☐ Yes

$400.00

---

**3.80**

**Nonpriority creditor's name and mailing address**

Leon and Susan Cahn
600 West Drummond Place #312
Chicago, IL 60614

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** theater subscription

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | American Theater Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Linda Calandra
3550 N. Lake Shore Drive, Apt 1927
Chicago, IL 60657

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Linda Mensch and Michael Heyman
1436 S. Prairie Ave Unit H
Chicago, IL 60605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Linda Metz
2639 N Burling St
Chicago, IL 60614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Lisa and Lynn Wiese
1445 W Belden Ave Apt 4N
Chicago, IL 60614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Lloyd A Fry Foundation
120 S LaSalle #1950
Chicago, IL 60603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  notice purposes only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Lloyd and Rita Allison
6527 N Bosworth, #1
Chicago, IL 60626

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Lois and James Hobart
929 W. Foster Ave. #481
Chicago, IL 60640

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Theater Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Lynn Hughitt and James Shaeffer
2723 Payne St
Evanston, IL 60201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Marc Klyman & Jennifer Billingsley
2741 Asbury Ave
Evanston, IL 60201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Maria DeTolve and Gerald Donoghue
905 Eldorado Street
Winnetka, IL 60093

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Mark Maxwell
6315 N Lakewood Ave #3
Chicago, IL 60660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Mary Conneely
1112 W Montana St
Chicago, IL 60614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

MaryAnn Melzl
4348 N Kildare
Chicago, IL 60641

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Melissa Baldwin
2150 W. Warner Ave. #2
Chicago, IL 60618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | American Theater Company | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.50

Micahel Lewis
806 Timber Hill Rd.
Highland Park, IL 60035

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2016_

**Basis for the claim:** _wages_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Michael and Christa Kingsley
2157 W. Eastwood Ave
Chicago, IL 60625

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _theater subscription_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Michael and Mona Heath
301 N Neil St Apt 911
Champaign, IL 61820

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _theater subscription_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Michael Bauschelt
6007 N Sheridan Rd #10K
Chicago, IL 60660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _theater subscription_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Michael Brazier
215 Hill Ave
Glen Ellyn, IL 60137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _theater subscription_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Michael Lauzon
25 Oakdene Road
Barrington Hills, IL 60010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _theater subscription_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Michael Thomas and Michele Clair
1800 W Grace #324
Chicago, IL 60613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _theater subscription_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | American Theater Company | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Michelle Sterling
4139 N Sacramento Ave
Chicago, IL 60618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30.00

Miora Brumfield
462 Washington Blvd
Oak Park, IL 60302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2017

**Basis for the claim:**  wages

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Nancy and R. Stratford Shields
845 W Belden
Chicago, IL 60614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $576.78

National Liability & Fire Insurance
PO Box 113247
Stamford, CT 06911

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/18

**Basis for the claim:**  insurance

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Neal McWhorter
6551 N Maplewood Ave
Chicago, IL 60645

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Nelson Rodriguez
5842 N Glenwood Ave. #1
Chicago, IL 60660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Nicholas Pjevach
831 Erin St
Madison, WI 53715

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Theater Company | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.109** | **Nonpriority creditor's name and mailing address**

Patricia Garrity
4723 N Winchester
Chicago, IL 60640

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.110** | **Nonpriority creditor's name and mailing address**

Patricia Glen
11909 Prinsen Woods
Ellison Bay, WI 54210

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.111** | **Nonpriority creditor's name and mailing address**

Patron Manager LLC
850 7th Ave #1201
New York, NY 10019

**Date(s) debt was incurred**  2/18

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  sofware license

Is the claim subject to offset? ☐ No ☐ Yes

$2,375.00

---

**3.112** | **Nonpriority creditor's name and mailing address**

RCN
PO Box 11816
Newark, NJ 07101

**Date(s) debt was incurred**  2018

**Last 4 digits of account number**  8001

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  service

Is the claim subject to offset? ■ No ☐ Yes

$109.45

---

**3.113** | **Nonpriority creditor's name and mailing address**

Robert and Marylou Nunamaker
723 Barberry Trail Fox
River Grove, IL 60021

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.114** | **Nonpriority creditor's name and mailing address**

Roland Batten
340 W Diversey, Apt 2616
Chicago, IL 60657

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.115** | **Nonpriority creditor's name and mailing address**

Ron Stoddard
3724 N. Bell Ave.
Chicago, IL 60618

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  theater subscription

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | American Theater Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.116**

Nonpriority creditor's name and mailing address
Ron/Barbara Blumenthal
130 N Garland Court #2902
Chicago, IL 60602

**Date(s) debt was incurred** 2018

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ticket purchase for Gala

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.117**

Nonpriority creditor's name and mailing address
Ronald and Barbara Blumenthal
130 N Garland Ct, #2902
Chicago, IL 60602

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** theater subscription

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.118**

Nonpriority creditor's name and mailing address
Rose Pest Control
1809 W North Ave
Chicago, IL 60622

**Date(s) debt was incurred** 2018

**Last 4 digits of account number** 2921

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service

Is the claim subject to offset? ■ No ☐ Yes

$210.00

---

**3.119**

Nonpriority creditor's name and mailing address
Rubin Brown
4709 W Golf Rd #2200
Skokie, IL 60076

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** services

Is the claim subject to offset? ■ No ☐ Yes

$5,970.00

---

**3.120**

Nonpriority creditor's name and mailing address
Ryan Anderson
6350 N Wayne Ave, Apt 303
Chicago, IL 60660

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** theater subscription

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.121**

Nonpriority creditor's name and mailing address
Ryan Oliveira
4420 N St. Louis Ave., Apt. 2A
Chicago, IL 60625

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** theater subscription

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.122**

Nonpriority creditor's name and mailing address
Sandra Simonson
929 W. Foster Ave. #1926
Chicago, IL 60640

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** theater subscription

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | American Theater Company | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Sarah Yawn and Brad Rady
4407 N. Winchester Ave.
Chicago, IL 60640

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Sean and Victoria Wiedel
2844 W Eastwood Ave
Chicago, IL 60625

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Shannon Murphy
1800 W Grace St Apt 326
Chicago, IL 60613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Shannon Murphy
1800 W Grace St Apt 326
Chicago, IL 60613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Sharon and Scott Markman
2180 W Sunnyside
Chicago, IL 60625

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Shauna Babcock
6630 N. Bosworth Ave.
Chicago, IL 60626

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Sheldon Miller
2046 St John's Ave, Apt 2E
Highland Park, IL 60035

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  theater subscription

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | American Theater Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50.00 |
|---|---|---|---|

Stephanie J Niro
3726 N Kenmore Ave. #1
Chicago, IL 60613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2017_

**Basis for the claim:** _wages_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Stephen Eisenberg and Tricia Fox
65 E Monroe St., #4718
Chicago, IL 60603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _theater subscription_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Susan Noel
130 N Garland Court, #2506
Chicago, IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _theater subscription_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Susan Silver
2024 N Howe St Unit 3
Chicago, IL 60614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _theater subscription_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,126.80 |
|---|---|---|---|

The Flea Theater
20 Thomas St
New York, NY 10007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _goods_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,199.84 |
|---|---|---|---|

The Silverman Group
213 W Institute Pl #501
Chicago, IL 60610

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _9/17-3/18_

**Basis for the claim:** _services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Timothy Sherck
5251 N. Magnolia Av.
Chicago, IL 60640

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _theater subscription_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Theater Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.137** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
---|---|---|---

Tobi and Tiffany Laczkowski
726 9th St
Wilmette, IL 60091

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _theater subscription_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
---|---|---|---

Tom Gosline and Bill Fritz
595 Lincoln Avenue
Glencoe, IL 60022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _theater subscription_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
---|---|---|---

Tom Moss
4415 N Hermitage Ave
Chicago, IL 60640

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _theater subscription_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $384.00
---|---|---|---

United Scenic Artists Pension Fund
111 N Wabash St #2107
Chicago, IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _union pension/insurance_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $197.07
---|---|---|---

Verizon
PO Box 4002
Acworth, GA 30101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2018_

**Basis for the claim:** _service_

**Last 4 digits of account number** _0001_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,000.00
---|---|---|---

William Boles c/o Ben Izzo
Abrams Artist Agency
275 Seventh Ave. 26th Floor
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2017_

**Basis for the claim:** _wages_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
---|---|---|---

Wyatt Danz
2419 North Drake
Chicago, IL 60647

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _theater subscription_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | American Theater Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Zac Davis
4847 N Kenmore Ave #3
Chicago, IL 60640

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _theater subscription_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Com Ed<br>PO Box 6111<br>Carol Stream, IL 60197-6111 | Line  3.23<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Illinois Department of Revenue<br>100 W. Randolph<br>Bankruptcy Section L 7-425<br>Chicago, IL 60602 | Line  2.5<br>☐ Not listed. Explain ____ | _ |

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 33,715.80 |
| 5b. Total claims from Part 2 | 5b. + | $ | 92,665.68 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 126,381.48 |

**Fill in this information to identify the case:**

Debtor name __American Theater Company__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining     4 months | Actors Equity Association 165 W 46th St. #15 New York, NY 10036 |
|      List the contract number of any government contract | |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest      Lease for theater space | |
|      State the term remaining     4 months | Cloon Fad LLC attn: Ray Quinn 3855 N Lincoln Ave Chicago, IL 60613 |
|      List the contract number of any government contract | |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest      Lease for copier | |
|      State the term remaining     16 months | Konica Minolta Premier Finance 1310 Madrid St #101 Marshall, MN 56258 |
|      List the contract number of any government contract | |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest      Software license | |
|      State the term remaining     14 months | Patron Manager LLC 850 7th Ave #1201 New York, NY 10019 |
|      List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___American Theater Company___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Art Cunningham | 1523 N Mohawk #3<br>Chicago, IL 60610 | Actors Equity Association | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Art Cunningham | 1523 N Mohawk #3<br>Chicago, IL 60610 | Fifth Third Bank | ☐ D _____<br>■ E/F ___3.43___<br>☐ G _____ |
| 2.3 | David Katz | 2041 Shakespeare Ave<br>Chicago, IL 60647 | Fifth Third Bank | ☐ D _____<br>■ E/F ___3.41___<br>☐ G _____ |
| 2.4 | Katherine Klemme | 720 W Gordon Terrace #22F<br>Chicago, IL 60613 | Fifth Third Bank | ☐ D _____<br>■ E/F ___3.42___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __American Theater Company__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  8/01/2017 to Filing Date | ☑ Operating a business<br>☐ Other _____ | $39,813.00 |
| For prior year:<br>From  8/01/2016 to  7/31/2017 | ☑ Operating a business<br>☐ Other _____ | $236,084.00 |
| For year before that:<br>From  8/01/2015 to  7/31/2016 | ☑ Operating a business<br>☐ Other _____ | $591,770.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  8/01/2017 to Filing Date | Grants/donations | $249,397.00 |
| **For prior year:**<br>From   8/01/2016 to 7/31/2017 | Grants/donations | $597,100.00 |
| **For year before that:**<br>From  8/01/2015 to  7/31/2016 | Grants/donations | $390,413.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | American Theater Company | Case number *(if known)* | |
|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Cloon Fad LLC<br>attn: Ray Quinn<br>3855 N Lincoln Ave<br>Chicago, IL 60613 | 12/17-1/18 | $12,096.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _rent_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Daria (Will) Davis<br>1637 W Carmen #1E<br>Chicago, IL 60640<br>Director and employee | see detail<br>attached | $45,081.12 | Expense reimbursement<br>$1,234.82 and wages $43,846.30 |
| 4.2. | Art Cunningham<br>1523 N Mohawk #3<br>Chicago, IL 60610<br>President | 11/20/17<br>$15,000<br>4/10/17<br>$319.80 | $15,319.80 | loan repayment of $15,000 and expense reimbursement of $319.80 |
| 4.3. | Sarah Slight<br>4832 N Clark #120<br>Chicago, IL 60640<br>spouse of director | see detail<br>attached | $28,068.16 | Expense reimbursement $86.32 and payroll $27,981.84 |
| 4.4. | Katherine Klemme<br>720 W Gordon Terrace #22F<br>Chicago, IL 60613<br>Director and employee | see detail<br>attached | $52,355.91 | Expense reimbursement $13,550.18 and wages $38,805.73 |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | American Theater Company | | Case number *(if known)* | |

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    American Theater Company _____    Case number (if known) _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | Attorney Fees | 2/16/18 | $5,000.00 |
| | **Email or website address**<br>www.shawfishman.com | | | |
| | **Who made the payment, if not debtor?**<br>James R. Shaeffer/Margaret Lynn Hughitt | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

| Debtor | American Theater Company | Case number *(if known)* | |

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

Name/Address

Does the debtor have a privacy policy about that information?
☑ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | American Theater Company | Case number *(if known)* | |

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Clerical Guru 350 W Kensington Rd #118 Mount Prospect, IL 60056 | 2016-2018 |
| 26a.2. | Rubin Brown 4709 W Golf Rd #2200 Skokie, IL 60076 | 2016-2018 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Rubin Brown 4709 W Golf Rd #2200 Skokie, IL 60076 | 2016-2018 |

Debtor   American Theater Company _____   Case number (if known) _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. David Katz<br>2041 Shakespeare Ave<br>Chicago, IL 60647 | |
| 26c.2. Lynn Hughitt<br>2723 Payne St<br>Evanston, IL 60201 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Fifth Third Bank<br>222 S. Riverside Plaza<br>1MOBB1<br>Chicago, IL 60606 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Art Cunningham | 1523 N Mohawk #3<br>Chicago, IL 60610 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Katz | 2041 Shakespeare Ave<br>Chicago, IL 60647 | Treasurer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lynn Hughitt | 2723 Payne St<br>Evanston, IL 60201 | Secretary | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daria (Will) Davis | 1637 W Carmen #1E<br>Chicago, IL 60640 | Artistic Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Katherine Klemme | 720 W Gordon Terrace #22F<br>Chicago, IL 60613 | Managing Director | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor   American Theater Company _____   Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Melanie Peterson | 1939 Burr Oak Drive West Glenview, IL 60025 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nancy Shields | 845 W Belden Chicago, IL 60614 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Timothy Mckeon | 1306 W Newport Ave #3 Chicago, IL 60657 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Larry Broutman | 233 E Walton Pl Chicago, IL 60611 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Bauschelt | 6007 N Sheridan Rd #10K Chicago, IL 60660 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Danny Sama | 4832 N Clark #120 Chicago, IL 60640 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Linda Calandra | 20 Lime St #52 Boston, MA 02108 | Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Wyllys Mann | 2034 N Humboldt Chicago, IL 60647 | Former director | 7/17/17 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Michelle Beck | 4659 N Laporte Ave Chicago, IL 60630 | Former director | 3/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Charlotte Toerber | 55 W Delaware #213 Chicago, IL 60610 | Former director | 9/2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Debtor   American Theater Company _____   Case number *(if known)* _____

loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See listing attached to SOFA # 4 | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 19, 2018___

/s/ David Katz _____          David Katz _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   Treasurer _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
☑ Yes

SOFA #4 Payments to Insiders

| Date | Type | Payee | Amount |
|---|---|---|---|
| 01/15/2018 | Loan Repayment | Katie Klemme | 500.00 |
| 12/18/2017 | Expense Reimbursement | Katie Klemme | 862.59 |
| 04/10/2017 | Expense Reimbursement | Katie Klemme | 12,687.59 |
| | | **Expense reimbursement** | 14,050.18 |
| 3/16/2018 | Payroll | | $2,526.12 |
| 1/19/2018 | Payroll | | $2,305.29 |
| 1/5/2018 | Payroll | | $2,215.72 |
| 12/22/2017 | Payroll | | $1,857.47 |
| 12/8/2017 | Payroll | | $1,499.22 |
| 11/24/2017 | Payroll | | $2,234.09 |
| 11/10/2017 | Payroll | | $2,323.20 |
| 10/27/2017 | Payroll | | $2,350.14 |
| 9/29/2017 | Payroll | | $2,215.72 |
| 9/15/2017 | Payroll | | $1,499.22 |
| 9/1/2017 | Payroll | | $1,499.22 |
| 7/21/2017 | Payroll | | $1,949.00 |
| 7/7/2017 | Payroll | | $1,300.00 |
| 6/23/2017 | Payroll | | $1,666.88 |
| 6/9/2017 | Payroll | | $1,995.50 |
| 5/26/2017 | Payroll | | $1,995.50 |
| 5/12/2017 | Payroll | | $2,082.44 |
| 4/28/2017 | Payroll | | $1,995.50 |
| 4/14/2017 | Payroll | | $1,995.50 |
| 3/31/2017 | Payroll | | $1,300.00 |
| | Expense Reimbursement | | $13,550.18 |
| | Payroll | | $38,805.73 |
| | TOTAL | | $52,355.91 |

A0501593.XLS

SOFA #4 Payments to Insiders

| Date | Type | Payee | Total |
| --- | --- | --- | --- |
| 03/05/2018 | Expense Reimbursement | Will Davis | 372.23 |
| 12/18/2017 | Expense Reimbursement | Will Davis | 862.59 |
| | | **Expense Reimbursement** | 1,234.82 |
| 1/19/2018 | Payroll | Will Davis | $2,307.70 |
| 1/5/2018 | Payroll | Will Davis | $2,307.70 |
| 12/22/2017 | Payroll | Will Davis | $2,307.70 |
| 12/8/2017 | Payroll | Will Davis | $2,307.70 |
| 11/24/2017 | Payroll | Will Davis | $2,307.70 |
| 11/10/2017 | Payroll | Will Davis | $2,307.70 |
| 10/27/2017 | Payroll | Will Davis | $2,307.70 |
| 9/29/2017 | Payroll | Will Davis | $2,307.70 |
| 9/15/2017 | Payroll | Will Davis | $2,307.70 |
| 9/1/2017 | Payroll | Will Davis | $2,307.70 |
| 7/21/2017 | Payroll | Will Davis | $2,307.70 |
| 7/7/2017 | Payroll | Will Davis | $2,307.70 |
| 6/23/2017 | Payroll | Will Davis | $2,307.70 |
| 6/9/2017 | Payroll | Will Davis | $2,307.70 |
| 5/26/2017 | Payroll | Will Davis | $2,307.70 |
| 5/12/2017 | Payroll | Will Davis | $2,307.70 |
| 4/28/2017 | Payroll | Will Davis | $2,307.70 |
| 4/14/2017 | Payroll | Will Davis | $2,307.70 |
| 3/31/2017 | Payroll | Will Davis | $2,307.70 |
| | | Payroll | $46,315.94 |
| | | Expense | 1,234.82 |
| | | TOTAL | $47,550.76 |

SOFA #4 Payments to Insiders

| Date | Type | Payee | Amount |
|---|---|---|---|
| 07/31/2017 | Expense Reimbursement | Sarah Slight | 38.32 |
| 07/01/2017 | Expense Reimbursement | Sarah Slight | 48.00 |
| | | **Expense reimbursement** | 86.32 |
| 3/2/2018 | Payroll | Sarah Slight | $1,232.80 |
| 2/16/2018 | Payroll | Sarah Slight | $862.96 |
| 2/2/2018 | Payroll | Sarah Slight | $862.96 |
| 1/19/2018 | Payroll | Sarah Slight | $1,232.80 |
| 1/5/2018 | Payroll | Sarah Slight | $1,232.80 |
| 12/22/2017 | Payroll | Sarah Slight | $1,232.80 |
| 12/8/2017 | Payroll | Sarah Slight | $1,232.80 |
| 11/24/2017 | Payroll | Sarah Slight | $1,232.80 |
| 11/10/2017 | Payroll | Sarah Slight | $1,232.80 |
| 10/27/2017 | Payroll | Sarah Slight | $1,232.80 |
| 10/13/2017 | Payroll | Sarah Slight | $1,232.80 |
| 9/29/2017 | Payroll | Sarah Slight | $1,232.80 |
| 9/15/2017 | Payroll | Sarah Slight | $1,232.80 |
| 9/1/2017 | Payroll | Sarah Slight | $862.96 |
| 8/18/2017 | Payroll | Sarah Slight | $862.96 |
| 8/4/2017 | Payroll | Sarah Slight | $1,096.92 |
| 7/21/2017 | Payroll | Sarah Slight | $1,096.92 |
| 7/7/2017 | Payroll | Sarah Slight | $1,096.92 |
| 6/23/2017 | Payroll | Sarah Slight | $1,096.92 |
| 6/9/2017 | Payroll | Sarah Slight | $1,096.92 |
| 5/26/2017 | Payroll | Sarah Slight | $1,096.92 |
| 5/12/2017 | Payroll | Sarah Slight | $1,096.92 |
| 4/28/2017 | Payroll | Sarah Slight | $1,096.92 |
| 4/14/2017 | Payroll | Sarah Slight | $1,096.92 |
| 3/31/2017 | Payroll | Sarah Slight | $1,096.92 |
| | | Expense Reimbursement | 86.32 |
| | | Payroll | $27,981.84 |
| | | TOTAL | 28,068.16 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   American Theater Company
Debtor(s)

Case No.
Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 4,665.00 |
| Prior to the filing of this statement I have received | $ | 4,665.00 |
| Balance Due | $ | 0.00 |

2.   $  335.00   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☐ Debtor     ■ Other (specify):   James R. Shaeffer/Margaret Lynn Hughitt

4.   The source of compensation to be paid to me is:

■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
       See Retainer Letter attached hereto.

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| | |
|---|---|
| March 19, 2018 | /s/ Gordon E. Gouveia |
| *Date* | Gordon E. Gouveia 6282986 |
| | *Signature of Attorney* |
| | Shaw Fishman Glantz & Towbin LLC |
| | 321 N. Clark Street |
| | Suite 800 |
| | Chicago, IL 60654 |
| | 312-541-0151  Fax: 312-980-3888 |
| | *Name of law firm* |

---



**SHAW FISHMAN**

Shaw Fishman Glantz & Towbin LLC

*Writer:*
Gordon E. Gouveia
Direct dial:  (312) 980-3816
Fax: (312) 980-3888
ggouveia@shawfishman.com

February 14, 2018

**ATTORNEY-CLIENT PRIVILEGED**
**PERSONAL & CONFIDENTIAL**

**VIA EMAIL**

American Theater Company
1909 West Byron Street
Chicago, IL 60613
Attn: Lynn Hughitt, Secretary
lynn.hughitt.atc@gmail.com

      **Re:**    *Retention of Shaw Fishman Glantz & Towbin LLC*

Dear Lynn:

On behalf of Shaw Fishman Glantz & Towbin LLC (the "Firm"), I thank you for the opportunity to represent American Theater Company. The Firm's policy at the outset of an engagement is to outline not only the purpose and boundaries of the relationship, but also the foundation on which the Firm will provide and bill for legal services. This letter confirms the terms of the engagement and certain additional matters with respect to the engagement.

**BASIC TERMS OF ENGAGEMENT**

**Scope of Services and Related Matters**

*Scope*

The Firm will represent American Theater Company (the "Client"), in connection with a possible financial workout or chapter 7 bankruptcy liquidation (the "Matter").

The Client and the Firm both have responsibilities in this engagement. We expect the Client's complete, truthful, and prompt disclosure of all facts and developments pertaining to the Matter. Further, the Client is responsible for abiding by the fee arrangement and for prompt payment of the Firm's invoices. The Client expressly agrees that if any invoice is not timely paid, the Firm has the absolute right to terminate the engagement and immediately withdraw as counsel for the Client in the Matter.

The Firm, on the other hand, will be responsible for the following: review of underlying documents, facts and legal theories germane to the Matter; consultations with the Client; preparation of necessary documents, correspondence and pleadings; court appearances; and other activities relating to the Matter. The Client may limit or expand the scope of our representation, provided that we agree to any substantial expansion. The Firm, however, does not render tax or securities law advice, and you will have to rely on other advisors for those services.

The Firm will take direction from you concerning all actions that we deem advisable and will not undertake significant action without first consulting with and receiving authorization from you. Although the Firm will provide the Client with our best professional judgment concerning the outcome, timing, and benefits to be obtained from the results of the Matter, there are inherent uncertainties in the legal process that prevent us from guaranteeing that results will always meet expectations.

### Identification of Client

The Firm has been engaged to undertake the representation of the Client and only the Client, and the scope of our engagement will be limited to the Matter, as outlined herein. Unless specifically agreed to in writing, the Firm has not been retained to represent, and does not have an attorney-client relationship with: (i) any officer, director, manager, employee, member or agent of the Client; (ii) any parent, subsidiary, or other affiliate of the Client; (iii) any partnership of which the Client is a partner (general or limited) or any joint/multiple venture or unincorporated association of which the Client is a member; or (iv) any fund or account managed by the Client. As a consequence and as provided below, the Firm may, during the representation of the Client, continue or take on representations of other clients which are adverse to any such individuals or entities (the "Client Affiliates").

### Fees and Billing Matters

#### Fees

Our fees for this engagement will be based upon hourly billing rates assigned to the individuals performing the services, which vary depending primarily on seniority. Due consideration will also be given to other factors, including the nature of the services, the results obtained and the extent to which our efforts contributed to those results, the novelty and difficulty of the issues involved, the time constraints imposed upon us and the fees customarily charged for similar services. A list of the Firm's hourly rates for attorneys and paraprofessionals that will be applicable to this Matter is attached. Our rates, which compare favorably with those of other firms with similar experience and expertise, are adjusted periodically (typically around the first of each calendar year) to reflect changes in the Firm's costs and market and other conditions. Should a rate change be implemented at any time during this engagement, we will promptly advise you.

Although I will have overall responsibility for your representation, other attorneys and paralegals at the Firm may work on the Matter. I will delegate projects related to the engagement to other Firm attorneys and paralegals consistent with the nature of the projects, the experience of the other attorneys or paralegals, and the need to maintain continuity in the engagement. The Firm attempts to use personnel charging the lowest hourly rate, provided that the quality and timing of the work is not compromised.

Travel time (excluding regular commuting) related to the matter will be billed at one-half regular rates except to the extent that a lawyer works on other matters while traveling.

### *Retainer*

In connection with the Firm's representation of the Client, the Firm has requested, and the Client's acknowledgement of this letter will evidence its agreement to, the payment of an advance payment retainer to the Firm in the amount of $5,000. Although clients have the right to require that the Firm hold a retainer as a security retainer, under the circumstances of this engagement and the substantial risk that if held as a security retainer, the funds could be exposed to attachment by the Client's creditors or subsequently appointed bankruptcy trustee, the Firm is only willing to undertake this engagement if the $5,000 retainer and any additional retainers that might be required are paid as an advance payment retainer. The Firm will treat this advance payment retainer as income on receipt, and it will deposit it into the Firm's general operating account, not in a client trust account. The advance payment retainer may be held by the Firm until the final invoice and applied to that invoice or any interim invoice at the Firm's sole discretion. Any unused portion of the advance payment retainer shall be promptly refunded at the conclusion of the engagement.

### *Non-Professional Charges and Disbursements*

In addition to our professional fees, our invoice will also include a listing of out-of-pocket expenses directly attributable to the engagement. Such expenses, charged at the Firm's actual cost, would include items such as filing fees, transcript costs, Westlaw and other online research charges, messenger and delivery charges, photocopies, and travel costs.

Non-professional charges represent charges we assess for non-professional support services where the amounts attributable to each matter cannot be determined directly from invoices. These support services may be rendered by third parties (as in the case of computerized research), in which case our charge is based on an allocation of the actual cost to us in providing the service, or they may be provided directly by the firm (as in the case of document processing), in which case our charge is based upon consideration of our cost as well as the customary charges of alternative providers.

Disbursements, on the other hand, represent dollar-for-dollar reimbursement of amounts paid by the firm to third parties on your behalf, where the specific amounts attributable to each matter can be determined directly from the invoices rendered by such third parties.

Unless special arrangements are made, fees and expenses of others (such as local counsel, experts, investigators, witnesses, consultants and court reporters) and other large disbursements will not be paid by our firm and will be the responsibility of, and billed directly to, the Client.

### *Billing Frequency*

Our practice is to bill clients monthly on matters of this nature. Experience has shown that billing on this basis keeps clients fully informed of the level of costs they are incurring and rationalizes the entire billing process.

### *Terms of Payment*

Invoices are due within 30 days of issuance.  You may find it convenient to wire transfer your remittances directly to our bank account at:

| Account Name: | Shaw Fishman Glantz & Towbin LLC |
|---|---|
| Account No.: | 1590000382 |
| ABA No.: | 071001737 |
| Bank Address: | MB Financial Bank N.A.<br>1200 N. Ashland Ave.<br>Chicago, IL  60622 |

If for some reason the Client does not timely pay the Firm's invoices, work on the Matter cannot continue and we will be forced to withdraw from representation of the Client in connection with this Matter.  In the unfortunate event that we are required to institute collection proceedings for any unpaid invoices, the Client agrees that the Firm will have the right to seek and recover, and Client will pay, all of the Firm's costs and expenses in conjunction therewith, including reasonable attorneys' fees, at trial and through all levels of appellate review.  We have found that problems and misunderstandings about billing can be greatly minimized by promptly raising questions or comments about our services and charges.

### *Termination*

Either the Client or the Firm may terminate this engagement at any time for any reason by written notice, subject on our part to applicable rules of professional responsibility. Unless previously terminated, this engagement will terminate upon the completion of our assignment. Upon termination of this engagement and unless otherwise specifically agreed in writing, the Firm's representation of the Client will end, and thereafter there will be no ongoing attorney-client relationship between the Firm and the Client or obligations of the Firm to advise you with respect to changes in law or other developments.  The Firm will have no obligation to maintain or store the Client's files or related papers, documents, and other tangible things (the "File") following termination of the engagement, except as required by Illinois law.  If you do not take possession of the File within thirty (30) days of termination of the engagement, we will have the right but not the obligation to destroy the File in a confidential manner.

### *Governing Law*

This Agreement shall be governed by and construed in accordance with the law of the State of Illinois, without regard to conflict of law provisions that might provide for the application of the law of any other jurisdiction.

## ADDITIONAL MATTERS RELATING TO THIS ENGAGEMENT

Your instructing us or continuing to instruct us on this Matter constitutes your full acceptance of the terms set out above and below.  With respect to the matters set forth below, we ask that you also confirm your agreement, after obtaining any further information you deem necessary and after such advice from other counsel as the Client deems appropriate by signing

and returning to us a copy of this letter. Based on our prior discussions, the Firm understands and assumes that these additional terms govern our engagement, but requests that you confirm your agreement in writing for our files.

**Conflicts and Consents**

Solely during the term of this engagement, the Firm agrees that it will not accept representation of another client to pursue interests that are directly adverse to those interests of the Client in this Matter, unless and until we make full disclosure to the Client of all the relevant facts and circumstances of our undertaking the two representations, and confirm to you in good faith that we have done so and that each of the following criteria is met: (i) there is no substantial relationship between any matter in which we are representing the Client and the matter for the other client; (ii) any confidential information that we have received from the Client will not be available to the lawyers and other personnel involved in the representation of the other client; (iii) our effective representation of the Client and the discharge of our professional responsibilities to the Client will not be prejudiced by our representation of the other client; and (iv) both clients have consented in writing based on our full disclosure of the relevant facts and circumstances of our undertaking the two representations.

We represent and in the future will represent a large number of other clients in a wide variety of legal matters. Some such clients may be direct competitors of the Client or otherwise may have business interests that are contrary to the Client's interests. It is possible that, during the time we are working for you, an existing or future client may seek to engage us in connection with an actual or potential transaction or pending or potential litigation or other dispute resolution proceeding in which such client's interests are or potentially may become adverse to the Client's interests.

The Firm cannot enter into this engagement if it could interfere with our ability to represent existing or future clients who have or may in the future have relationships or interests adverse to the Client. Therefore, the Client agrees that, in matters unrelated to those in which we have been engaged by the Client, that is, in matters based on different transactions or occurrences from those in which we have been engaged by the Client, whether involving the same substantive area(s) of law for which you have retained us or some other unrelated areas(s), we may represent current or future clients in general or on specific matters where the interests of the parties are different from, inconsistent with, or adverse to, the Client's interests, including, without limitation, in negotiations, acquisitions, dispositions and other transactions, litigation, alternative dispute resolution and administrative proceedings, and other legal matters ("Adverse Representations"). By way of example and without limitation, the Client agrees that we may be adverse to it in negotiations, claims, suits, motions or other matters arising out of or in connection with financial distress, restructuring, reorganization, workouts, insolvency, bankruptcy, liquidation or other similar circumstances and also in negotiations, claims, suits, motions or other matters arising out of or in connection with residential mortgage-backed securities, collateralized debt obligations or other similar instruments. Except where written consent is otherwise required as set forth herein, the Client consents to, and waives any objection with respect to, such Adverse Representations, and agrees that it will not assert that our representation of the Client in this Matter, or any other matter, or our possession of confidential information obtained from the Client, provides a basis for disqualifying us from representing another party in an Adverse Representation or otherwise constitutes a breach of any obligation or duty that we may owe to the Client. Similarly, with respect to this Matter and any other current

or future matters for the Client, the Client consents to our representation of the Client despite the fact that we may also be representing one or more counterparties or other adverse parties on unrelated matters. We confirm that we will not disclose or use any confidential information that we have obtained from the Client without its prior consent and will not otherwise use or disclose any such confidential information in connection with any Adverse Representation.

Further, you agree that we may continue or accept new Adverse Representations that are adverse to Client Affiliates as discussed above at the end of the section "Identification of the Client."

In addition, we may consult at our own expense with lawyers at the Firm or elsewhere with respect to our own ethical and professional obligations with respect to our representation of you. The Client consents to such consultations, waives any conflict of interest relating thereto, and agrees that such consultations are protected by the Firm's own attorney-client privilege.

You also agree that the foregoing waivers and consents apply both to this Matter and to any ongoing or future assignments.

## Use of Information Obtained in Other Representations

It is possible that, in connection with its representations of other clients, the Firm may have obtained or may obtain in the future information with respect to the Client or other matters which the Firm may be prohibited from disclosing to the Client or using in connection with our representation of the Client because of obligations to such client or otherwise. The Client acknowledges and agrees that the Firm is not under an obligation to disclose such information to the Client or to use such information in connection with our representation of the Client and the Client further agrees that it will not assert that the Firm has an actual or potential conflict or has breached any duty or obligation to the Client by virtue of the Firm's possession of such information, our not revealing such information to the Client, and/or our not using such information in connection with our representation of the Client.

## Client Files

Upon completion or other termination of this engagement and payment of our final bill (unless otherwise required by law), your files with respect to this engagement will be delivered to you at your request. The Client acknowledges and agrees that the Client's files do not include the Firm's accounting records, or other internal Firm documents, e-mails or communications or drafts of any documents prepared by us in connection with this engagement. We will retain documents relating to this engagement only so long as we deem appropriate or as required by law and thereafter may dispose of documents or other materials.

## Data Protection

The Firm will collect, process, store and transfer all personal data disclosed to us by you ("Personal Information") in compliance with relevant data protection laws and regulations for the purposes set out in our Privacy Policy (http://www.shawfishman.com/privacy/). You acknowledge and agree that we may collect, process, store and transfer your personal data within the offices of the Firm and/or to our agent(s) (including any third parties retained by us together with their successors and assigns), including to a jurisdiction outside the European Economic

Area, in accordance with relevant data protection laws and regulations and as set out in our Privacy Policy.

**Confidentiality**

The terms of our retention are confidential and will not, except as required by law, be disclosed by either the Client or us to any third party without the consent of the other.

Please signify the Client's agreement to the arrangement for legal services described in this letter by returning a signed copy of this engagement letter (as an e-mail attachment or via facsimile if convenient) to the Firm at your earliest opportunity. The individual who signs this agreement represents that he or she is authorized by the Client to employ the Firm as of the date of this agreement, or that he or she will be authorized to employ the Firm effective as of the date of this agreement. We appreciate the opportunity to represent the Client and will endeavor to provide prompt, efficient, and responsive services at all times. If you have any questions, please feel free to call me.

Very truly yours,

Shaw Fishman Glantz & Towbin LLC

Gordon E. Gouveia, Member

Agreed this 15th of February 2018

American Theater Company

By: _____
Lynn Hughitt, Secretary

## 2018 STANDARD HOURLY RATES

### MEMBERS

| | |
|---|---|
| Steven B. Towbin | $750.00 |
| Robert M. Fishman | $750.00 |
| Brian L. Shaw | $570.00 |
| Robert W. Glantz | $550.00 |
| Ira Bodenstein | $550.00 |
| Peter J. Roberts | $510.00 |
| Thomas M. Horan | $510.00 |
| Jeffrey L. Widman | $500.00 |
| David S. Horwitch | $490.00 |
| Allen J. Guon | $490.00 |
| Mark L. Radtke | $490.00 |
| Terence G. Banich | $490.00 |
| Gordon E. Gouveia | $450.00 |
| Joseph L. Cohen | $435.00 |
| David L. Shaw | $400.00 |

### OF COUNSEL

| | |
|---|---|
| Richard M. Fogel | $475.00 |
| Jennifer L. Goldstone | $425.00 |
| Johnna M. Darby | $425.00 |
| Genevieve M. Daniels | $425.00 |
| John W. Guzzardo | $410.00 |

### ASSOCIATES

| | |
|---|---|
| Laura E. Caplin | $380.00 |
| David R. Doyle | $370.00 |
| Jennifer Devroye | $365.00 |
| Allison B. Hudson | $340.00 |
| Christina M. Sanfelippo | $290.00 |

### PARAPROFESSIONALS

| | |
|---|---|
| Charmala Donohue | $270.00 |
| Patricia Fredericks | $230.00 |
| Robert R. Damon | $200.00 |
| Bernard Thomas | $150.00 |
| Olha Rafalovsky | $150.00 |
| Paris Carraway-Love | $150.00 |

# United States Bankruptcy Court
### Northern District of Illinois

In re   American Theater Company                            Case No.

                                          Debtor(s)     Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                         158

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    March 19, 2018                     /s/ David Katz

                                            David Katz/Treasurer
                                            Signer/Title

```
Actors Equity Association
165 W 46th St. #15
New York, NY 10036


Actors Equity Association
557 W Randolph St
Chicago, IL 60661


AEL Financial LLC
c/o Ashen Faulkner
217 N Jefferson St #601
Chicago, IL 60661


Aimee Patterson
9033 30th St.
Brookfield, IL 60513


Andi and Alan Berkowitz
125 Kenmore Ave
Deerfield, IL 60015


Andrew Hildner
4700 N Talman Ave #1
Chicago, IL 60625


Andrew Wong
3928 N Seeley Ave
Chicago, IL 60618


Anna Wolfe
4116 N. Sheridan Rd. Apt. #3
Chicago, IL 60613


Ariana Silvan-Grau
4743 N Maplewood Ave #3
Chicago, IL 60625


Art Cunningham
1523 N. Mohawk Street, Unit 3
Chicago, IL 60610


Art Cunningham
1523 N Mohawk #3
Chicago, IL 60610
```

Arts Work Fund
PO Box 577309
Chicago, IL 60657


Barbara Geist
415 N Northwest Highway
Park Ridge, IL 60068


Bass Foundation
Robert & Isabelle Bass Foundation
PO Box 81350
Chicago, IL 60681


Bernie Heidkamp
4527 N Seeley Ave
Chicago, IL 60625


Bonnie Muirhead
5834 S Stony Island Ave Apt 3C
Chicago, IL 60637


Bridgeview Bank and Trust
7940 S. Harlem Ave
Bridgeview, IL 60455


BZ Rights & Permissions, Inc.
145 W. 86th Street
New York, NY 10024


Capital One Commercial
PO Box 5219
Carol Stream, IL 60197


Cara Beth Heath
1609 W Berteau #3
Chicago, IL 60613


Carl and Rhonda Buss
2711 W. Windsor Ave.
Chicago, IL 60625


Charles Nankivel
1615 W Foster Ave., Apt. 1
Chicago, IL 60640

Charlotte Toerber
55 W. Delaware Pl #213
Chicago, IL 60610


Clare Salustro
4804 N Hamilton Ave, Apt 2N
Chicago, IL 60625


Clerical Guru
350 W Kensington Rd #118
Mount Prospect, IL 60056


Cloon Fad LLC
attn: Ray Quinn
3855 N Lincoln Ave
Chicago, IL 60613


Colleen Murphy
1415 N Dearborn #17B
Chicago, IL 60610


Com Ed
Bankruptcy Section
3 Lincoln Center
Oak Brook Terrace, IL 60181


Com Ed
PO Box 6111
Carol Stream, IL 60197-6111


Dale and Lisa Davenport
500 W. Blackhawk St.
Chicago, IL 60610


Daniel Acosta and Robert Book
2146 W Grace St #2
Chicago, IL 60618


Daniel and Melanie Peterson
1939 Burr Oak Drive West
Glenview, IL 60025


Danny Sama and Sarah Slight
4832 N Clark Street, Unit 120
Chicago, IL 60640

Daria (Will) Davis
1637 W Carmen #1E
Chicago, IL 60640


David Katz
2041 Shakespeare Ave
Chicago, IL 60647


David Katz and Eileen Katman
2041 W Shakespeare Ave
Chicago, IL 60647


Deborah Ludwig
623 W. Drummond #11
Chicago, IL 60614


Dede Kokolis
111 E. Chestnut St., #25G
Chicago, IL 60611


Dennis Tom
3950 N Hoyne Apt 1N
Chicago, IL 60618


Dramitists Play Services
440 Park Ave South
New York, NY 10016


Eileen Murphy
841 Junior Terrace
Chicago, IL 60613


Elaine Halama
6800 N Harlem Avenue, Apt 203
Chicago, IL 60631


Elizabeth Ress
2629 N Hampden Ct Apt 416
Chicago, IL 60614


Emily Green
1100 W Roscoe, Apt 4
Chicago, IL 60657

Emily Herrington
2932 N. Milwaukee Ave. #400
Chicago, IL 60618


Emily Park Williams
1431 W Carmen Ave., Apt 2B
Chicago, IL 60640


Eric Gray
1801 W Larchmont Ave Apt 602
Chicago, IL 60613


Esther Fishman
934 W Armitage
Chicago, IL 60614


Fifth Third Bank
222 S. Riverside Plaza
1MOBB1
Chicago, IL 60606


Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, OH 45263


Fladeboe Auctions c/o Paula Werner
1358 Bayard Ave
Saint Paul, MN 55116


Flood Brothers Disposal
PO Box 4560
Carol Stream, IL 60197


Fritz and Cathy Freidinger
2322 Larkdale Drive
Glenview, IL 60025


Hank and Joan Bliss
929 W Foster Avenue, Apt 1519
Chicago, IL 60640


Home Depot Credit Card Services
Dept 32-218316362
PO Box 900103
Louisville, KY 40290

Hope Spruance
3809 N. Hoyne Avenue
Chicago, IL 60618


IATSE National Health and Welfare
216 S Jefferson St #400
Chicago, IL 60661


Illinois Department Of Emp Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680


Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794-9035


Illinois Department of Revenue
100 W. Randolph
Bankruptcy Section L 7-425
Chicago, IL 60602


India Duranthon


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


James and Katharine Mann
5838 South Harper Ave
Chicago, IL 60637


James and Mary Jo Nathan
3943 N. Seeley Ave.
Chicago, IL 60618


James Heneghan
3660 N Lake Shore Drive, Unit 1603
Chicago, IL 60613


James Ochoa
1917 W Waveland Ave
Chicago, IL 60613

Jamie Karas
5941 N Broadway 2N
Chicago, IL 60660

Jane McDonald
409 Ridge Ave
Clarendon Hills, IL 60514

Janet Gallagher
3831 N Claremont Ave, #2
Chicago, IL 60618

Janet Szlyk and Jeffrey Jackson
1537 W. Altgeld St.
Chicago, IL 60614

Jean Klingenstein
400 W Ontario St, #1703
Chicago, IL 60654

Jennifer Castellow
2635 N Harding Ave Apt 2F
Chicago, IL 60647

Jeremy Kaplan and David Noskin
144 Wellington Rd
Northbrook, IL 60062

Joan Bransfield
929 W Foster Ave, Apt 2002
Chicago, IL 60640

Joan Friedman
2700 Summit, #310
Glenview, IL 60025

John and Jennifer Bienko
2315 Larkdale Drive
Glenview, IL 60025

John McGloin
3321 W Beach, #2
Chicago, IL 60651

John Weitzner
1725 W Harrison St, No 838
Chicago, IL 60612

Judy Freeman
3500 North Lake Shore Drive, #11A
Chicago, IL 60657

Kadin McGreevy
1431 W Carmen Ave. Apt. 2B
Chicago, IL 60640

Karen Callaway
3250 N. Lake Shore Drive, #2E
Chicago, IL 60657

Kasey Alfonso
4544 North Western Ave. #2
Chicago, IL 60625

Katherine Klemme
720 W Gordon Terrace #22F
Chicago, IL 60613

Konica Minolta Premier Finance
1310 Madrid St #101
Marshall, MN 56258

Konstanze Hickey
50 E Chestnut St, #3101
Chicago, IL 60611

Kristin Patton and John Coleman
409 Benton Ave.
La Grange, IL 60525

Kristof Janezic
1625 W Grace St.
Chicago, IL 60613

Kyle Gibson
208 N. Oak Park Ave #1HH
Oak Park, IL 60302

Larry and Susanne Broutman
233 East Walton Pl.
Chicago, IL 60611


Larry Salustro
235 Oak Hammock Ct SW
Vero Beach, FL 32962


Lee Keenan
1644 W Edgewater
Chicago, IL 60660


Leon and Susan Cahn
600 West Drummond Place #312
Chicago, IL 60614


Linda Calandra
3550 N. Lake Shore Drive, Apt 1927
Chicago, IL 60657


Linda Mensch and Michael Heyman
1436 S. Prairie Ave Unit H
Chicago, IL 60605


Linda Metz
2639 N Burling St
Chicago, IL 60614


Lisa and Lynn Wiese
1445 W Belden Ave Apt 4N
Chicago, IL 60614


Lloyd A Fry Foundation
120 S LaSalle #1950
Chicago, IL 60603


Lloyd and Rita Allison
6527 N Bosworth, #1
Chicago, IL 60626


Lois and James Hobart
929 W. Foster Ave. #481
Chicago, IL 60640

Lynn Hughitt and James Shaeffer
2723 Payne St
Evanston, IL 60201


Marc Klyman & Jennifer Billingsley
2741 Asbury Ave
Evanston, IL 60201


Maria DeTolve and Gerald Donoghue
905 Eldorado Street
Winnetka, IL 60093


Mark Maxwell
6315 N Lakewood Ave #3
Chicago, IL 60660


Mary Conneely
1112 W Montana St
Chicago, IL 60614


MaryAnn Melzl
4348 N Kildare
Chicago, IL 60641


Melissa Baldwin
2150 W. Warner Ave. #2
Chicago, IL 60618


Micahel Lewis
806 Timber Hill Rd.
Highland Park, IL 60035


Michael and Christa Kingsley
2157 W. Eastwood Ave
Chicago, IL 60625


Michael and Mona Heath
301 N Neil St Apt 911
Champaign, IL 61820


Michael Bauschelt
6007 N Sheridan Rd #10K
Chicago, IL 60660

Michael Brazier
215 Hill Ave
Glen Ellyn, IL 60137


Michael Lauzon
25 Oakdene Road
Barrington Hills, IL 60010


Michael Thomas and Michele Clair
1800 W Grace #324
Chicago, IL 60613


Michelle Sterling
4139 N Sacramento Ave
Chicago, IL 60618


Miora Brumfield
462 Washington Blvd
Oak Park, IL 60302


Nancy and R. Stratford Shields
845 W Belden
Chicago, IL 60614


National Liability & Fire Insurance
PO Box 113247
Stamford, CT 06911


Neal McWhorter
6551 N Maplewood Ave
Chicago, IL 60645


Nelson Rodriguez
5842 N Glenwood Ave. #1
Chicago, IL 60660


Nicholas Pjevach
831 Erin St
Madison, WI 53715


Patricia Garrity
4723 N Winchester
Chicago, IL 60640

Patricia Glen
11909 Prinsen Woods
Ellison Bay, WI 54210

Patron Manager LLC
850 7th Ave #1201
New York, NY 10019

People's Energy
PO Box 2968
Milwaukee, WI 53201

Peoples Gas
130 E. Randolph St
Chicago, IL 60601

RCN
PO Box 11816
Newark, NJ 07101

Robert and Marylou Nunamaker
723 Barberry Trail Fox
River Grove, IL 60021

Roland Batten
340 W Diversey, Apt 2616
Chicago, IL 60657

Ron Stoddard
3724 N. Bell Ave.
Chicago, IL 60618

Ron/Barbara Blumenthal
130 N Garland Court #2902
Chicago, IL 60602

Ronald and Barbara Blumenthal
130 N Garland Ct, #2902
Chicago, IL 60602

Rose Pest Control
1809 W North Ave
Chicago, IL 60622

Rubin Brown
4709 W Golf Rd #2200
Skokie, IL 60076


Ryan Anderson
6350 N Wayne Ave, Apt 303
Chicago, IL 60660


Ryan Oliveira
4420 N St. Louis Ave., Apt. 2A
Chicago, IL 60625


Sandra Simonson
929 W. Foster Ave. #1926
Chicago, IL 60640


Sarah Yawn and Brad Rady
4407 N. Winchester Ave.
Chicago, IL 60640


Sean and Victoria Wiedel
2844 W Eastwood Ave
Chicago, IL 60625


Shannon Murphy
1800 W Grace St Apt 326
Chicago, IL 60613


Sharon and Scott Markman
2180 W Sunnyside
Chicago, IL 60625


Shauna Babcock
6630 N. Bosworth Ave.
Chicago, IL 60626


Sheldon Miller
2046 St John's Ave, Apt 2E
Highland Park, IL 60035


Stephanie J Niro
3726 N Kenmore Ave. #1
Chicago, IL 60613

Stephen Eisenberg and Tricia Fox
65 E Monroe St., #4718
Chicago, IL 60603


Susan Noel
130 N Garland Court, #2506
Chicago, IL 60602


Susan Silver
2024 N Howe St Unit 3
Chicago, IL 60614


The Flea Theater
20 Thomas St
New York, NY 10007


The Silverman Group
213 W Institute Pl #501
Chicago, IL 60610


Timothy Sherck
5251 N. Magnolia Av.
Chicago, IL 60640


Tobi and Tiffany Laczkowski
726 9th St
Wilmette, IL 60091


Tom Gosline and Bill Fritz
595 Lincoln Avenue
Glencoe, IL 60022


Tom Moss
4415 N Hermitage Ave
Chicago, IL 60640


United Scenic Artists Pension Fund
111 N Wabash St #2107
Chicago, IL 60602


Verizon
PO Box 4002
Acworth, GA 30101

William Boles c/o Ben Izzo
Abrams Artist Agency
275 Seventh Ave. 26th Floor
New York, NY 10001


Wyatt Danz
2419 North Drake
Chicago, IL 60647


Yinzhou Chen
4334 N. Hazel St. 713
Chicago, IL 60613


Zac Davis
4847 N Kenmore Ave #3
Chicago, IL 60640

# United States Bankruptcy Court
## Northern District of Illinois

In re    American Theater Company                        Case No. _____

                                       Debtor(s)                  Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    American Theater Company    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 19, 2018
_____
Date

/s/ Gordon E. Gouveia
_____
Gordon E. Gouveia 6282986
Signature of Attorney or Litigant
Counsel for    American Theater Company
Shaw Fishman Glantz & Towbin LLC
321 N. Clark Street
Suite 800
Chicago, IL 60654
312-541-0151 Fax:312-980-3888